No. 79–5507.  J. K. S. *v.* COLORADO.  Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.

No. 79–5545.  WHITE *v.* NEW JERSEY.  Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 79–5323.  APODACA *v.* TEXAS.  Appeal from County Ct. at Law No. 2, El Paso County, Tex., dismissed for want of substantial federal question.  MR. JUSTICE STEWART would dismiss the appeal for want of a properly presented federal question.  MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 77–1543.  POWELL *v.* CARGILL, INC., ET AL.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *P. C. Pfeiffer Co.* v. *Ford, ante,* p. 69.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 78–6153.  FERRI *v.* ROSSETTI.  Sup. Ct. Pa.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Ferri* v. *Ackerman, ante,* p. 193.

No. 78–1933.  MONTGOMERY, DBA LAMINATING COMPANY OF COLORADO ET AL. *v.* CENTURY LAMINATING, LTD.  C. A. 10th Cir.  [Certiorari granted, *ante,* p. 897.]  Motion of respondent to dismiss granted.  Certiorari dismissed as improvidently granted.